Jamie Rudman (SBN 166727)
  rudman@sanchez-amador.com
Thy B. Bui (SBN 256383)
  bui@sanchez-amador.com
SANCHEZ & AMADOR, LLP
811 Wilshire Blvd., Suite 2000
Los Angeles, CA 90017
(213) 955-7200 Tel.
(213) 955-7201 Fax

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

Joseph M. Lovretovich (SBN 73403)
  jml@jmllaw.com
David F. Tibor (SBN 230563)
  david@jmllaw.com
Jason M. Yang (SBN 287311)
  jason@jmllaw.com
JML LAW, a Professional Law Corporation
21052 Oxnard Street
Woodland Hills, CA 91367
(818) 610-8800 Tel.
(818) 610-3030 Fax

Attorneys for Plaintiff
ASDGHIK DOLABJIAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ASDGHIK DOLABJIAN, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>JP MORGAN CHASE BANK, a New York Corporation; and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO.: 2:16-cv-02127 R(RAOx)<br><br>**STIPULATED PROTECTIVE ORDER**<br><br><br><br>Action Removed: March 29, 2016<br>Trial Date:          December 6, 2016 |

STIPULATED PROTECTIVE ORDER

1    Having considered the Stipulated Protective Order jointly submitted to the
2  Court by Plaintiff Asdghik Dolabjian and Defendant JPMorgan Chase Bank, N.A.,
3  the Court hereby GRANTS the parties' Stipulated Protective Order.
4    SO ORDERED AND APPROVED.

6  Dated:  July 22, 2016

                                      The Honorable Manuel L. Real
                                      United States District Judge